IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WALTER JAMAR AVERY, #184038, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:17-CV-556-WKW |
| | ) [WO] |
| OFFICER SIMS, SGT. THEODORE, | ) |
| and MS. STEWART, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 12.) There being no timely objection filed to the Recommendation, and based on an independent review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 12) is ADOPTED;

2. The motion for leave to proceed *in forma pauperis* filed by Walter Jamar Avery is DENIED;

3. This case is dismissed without prejudice for the plaintiff's failure to pay the full filing and administrative fees upon the initiation of the case.

A separate final judgment will be entered.

DONE this 16th day of November, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE